# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| REPUBLIC NATIONAL INDUSTRIES OF TEXAS, LP, | §<br>§<br>§ | |
| vs. | § | CASE NO. 2:06-CV-488 |
| | § | |
| THE LISI COMPANY, ET AL. | § | |

## <u>MEMORANDUM ORDER</u>

In light of the parties having consented to proceed before the undersigned in accordance with the provisions of 28 U.S.C. § 636(c), the court hereby adopts the report and recommendation as the findings and conclusions of this court. As such, plaintiff's motion for summary judgment (# 24) is granted.

SIGNED this 29th day of September, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE